FILED

07/01/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0146

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0146

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

JUSTIN DOUGLAS DAY,

      Defendant and Appellant.

## ORDER

      Upon consideration of Appellant's motion to voluntarily dismiss the appeal and good cause appearing,

      IT IS HEREBY ORDERED that Appellant's appeal in the above matter is DISMISSED with prejudice.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 1 2022